377 A.2d 165

Commonwealth v. Carter, Appellant.

Submitted September 13, 1976. Richard N. Beltzner, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.